Lillian K. Buchanan v. Nicholas Evento.— Motion to dismiss appeal granted, with ten dollars costs. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Alice Bennett, an Infant, etc., v. Louis J. Chayes.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Joseph Sabatino v. Manhattan Bridge Three Cent Line.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Amanda Renaut v. The City of New York, Impleaded, etc.— Motion granted. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Northern Bank of New York v. Lida M. Fleitmann, as Administratrix, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Mollie Chiat, as Administratrix, v. Harry A. Gordon.— Motion granted, with ten dollars costs. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Helena M. Richter v. Katherine F. Lindemann, Individually, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Michaelangelo Albanese v. Pittsburgh Contracting Company.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Mollie Hirshfeld v. Owners Standard Realty Corporation and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Chartered Company of Lower California v. Thos. M. Rowlette.— Motions to dismiss appeals granted, with ten dollars costs, unless appellant comply with terms stated in orders. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Mary A. Cohnfeld v. Margaret Ferlong and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Harris Seal v. Mary Rosen.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William O. Maschke v. Frank C. Stinzing.— Application denied, with ten dollars costs. Order signed. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.